# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GREGORY CHALLINOR and SHANDA JENNINGS, as
Personal Representatives of the ESTATE OF TYLER
CHALLINOR, deceased,

                    Plaintiffs,

                      v.

THE UNITED STATES OF AMERICA,

                  Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3099-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant without prejudice pursuant to the Order Granting Defendant's Motion to Dismiss entered on February 15, 2012, Ct. Rec. 23.

| | |
|---|---|
| February 15, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |